**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROBERT EDWARD BAKER, | ) | NO. CV 09-0279 DDP (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |
| _____ | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.


DATED: February 11, 2009.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE